**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CORDARIOUS HAMMOND | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01122-SDJ-AGD |
| | § | |
| ARIZONA CENTRAL CREDIT UNION | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #8) be granted, and Plaintiff's case be dismissed with prejudice. The Report further recommended that any request for relief not addressed by the Report be denied as moot.

On September 8, 2026, Plaintiff filed objections to the Report (Dkt. #19). The Court has conducted a de novo review of Plaintiff's objections to the Report (Dkt. #19). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #8) is **GRANTED**, and Plaintiff's case is

**DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any request for relief not previously granted is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 21st day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE